**FILED**
JUN 28 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:23 CR 332 |
| | ) | Title 18, United States Code, |
| CHARLES SMITH, | ) | Section 922(g)(1) and 924(a)(8) |
| Defendant. | ) | **JUDGE KNEPP** |
| | ) | **MAG JUDGE CLAY** |

COUNT 1
(Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about March 16, 2023, in the Northern District of Ohio, Western Division, Defendant CHARLES SMITH, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Aggravated Assault on or about June 15, 1998, Case Number CR 98-1653, in the Lucas County Court of Common Pleas, Aggravated Assault on or about August 1, 2000, Case Number CR 00-1849, in the Lucas County Court of Common Pleas, and Assault on or about August 9, 2004, Case Number CR 04-1764, in the Lucas County Court of Common Pleas, knowingly possessed in and affecting interstate commerce ammunition, to wit: 46 rounds of Winchester, Gold Casing, 5.56 Nato Caliber ammunition, said ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

FORFEITURE

The Grand Jury further charges:

2. The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section

ORIGINAL

924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant CHARLES SMITH shall forfeit to the United States all firearms and ammunition involved in or used in the commission of such offense.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.